IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-02536-DDD

J.J.B.,

    Plaintiff,

v.

KILOLO KIJAKI, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming Decision of Administrative Law Judge, filed on July 12, 2022, by the Honorable Daniel D. Domenico, United States District Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that the final decision of the Commissioner of Social Security is AFFIRMED.

    DATED at Denver, Colorado this <u>12th</u> day of July, 2022.

                                                         FOR THE COURT:

                                                         JEFFREY P. COLWELL, CLERK

                                                         *s/ Robert R. Keech*
                                                         Robert R. Keech,
                                                         Deputy Clerk

APPROVED AS TO FORM:

*s/ Daniel D. Domenico*
Daniel D. Domenico,
United States District Judge